FILED: February 5, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2415
(13-068)
(13-069)

_____

DELTEK, INC.

        Petitioner

v.

DEPARTMENT OF LABOR, Administrative Review Board

        Respondent

DINAH R. GUNTHER

        Intervenor

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the certified list of the record to 02/27/2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk